# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2223

_____

JUSTIN T. HOYT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James Matthew Colaw, Judge.

June 17, 2026

PER CURIAM.

AFFIRMED. See *Kingry v. State*, 28 So. 3d 173, 174 (Fla. 1st DCA 2010) ("It is apparent from the record that appellant's agreement to a sexual predator designation was a bargained-for part of the plea agreement. Having freely and voluntarily entered into the agreement and accepted its benefits, appellant may not now seek to be relieved of one of the burdens imposed upon him pursuant to the agreement.").

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Justin T. Hoyt, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.